U.S. Department of Justice  
Washington, D.C.  
3/16/2020

Criminal Docket

Magistrate No. M-20-3008-M  
(District Court No. M-19-2329)

__McALLEN__ Division

CR. No. _____

**INFORMATION**   Filed: March 17, 2020  
County: Hidalgo  
Lions #: **2019R29863**  
UNITED STATES OF AMERICA

v.

CALI MICHAEL CARRANZA  
Bond: 12/3/2019 $30,000/$500 deposit

Judge: **PETER E. ORMSBY**

Attorneys:  
RYAN K. PATRICK, UNITED STATES ATTORNEY

ROBERT L. GUERRA, JR., ASST. U.S. ATTORNEY

Ct. 1         Yvonne Sanchez, FPD, (956) 630-2995

Charge(s):   Ct. 1:   Elude Examination or Inspection by Immigration Officers.  
Title 8, United States Code, Sections 1325(a)(2) and Title 18, United States Code, Section 2.

Total Counts  
**(1)**

Penalty:   Ct. 1:   Imprisonment for not more than 180 day and/or a fine not to exceed $250,000 and not more than a 1 yr. SRT

Agency:   Homeland Security Investigation – Javier Fabela – MC15BX18MC0018

Date

Proceedings